**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **JEREMY SCHULMAN** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **Civil No. 1:26-cv-02578-LKG** |
| | * | |
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| | * | |
| **Defendant.** | * | |
| | ********** | |

**ORDER**

The foregoing Defendant's Motion for Extension of Time to Answer the Plaintiff's Complaint (the "Motion") having been read and considered by the United States District Court for the District of Maryland, it is this _____ day of September, 2026,

**ORDERED**, that the Motion is hereby **GRANTED;** and it is further

**ORDERED** that Defendants' Answer or other response to the Complaint is due on **October 14, 2026**; and

It is further **ORDERED** that the Clerk of the Court remit copies of this signed ORDER to counsel of record in the case for both parties.

______________________________
Lydia K. Griggsby
United States District Judge